IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PHYLLIS HORACE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LASALLE BANK NATIONAL )<br>ASSOCIATION, AS TRUSTEE FOR )<br>CERTIFICATE HOLDERS OF BEAR )<br>STEARNS ASSET BACKED SECURITIES )<br>I LLC, ASSET BACKED CERTIFICATES, )<br>SERIES 2006-EC2; BEAR STEARNS )<br>ASSET BACKED SECURITIES I LLC, )<br>ASSET BACKED CERTIFICATES, SERIES )<br>2006-EC2; MORTGAGE ELECTRONIC )<br>REGISTRATION SYSTEMS, INC.; ENCORE )<br>CREDIT CORPORATION; EMC MORTGAGE)<br>COMPANY; BANK OF AMERICA, et al., )<br>)<br>Defendants. ) | CASE NUMBER:<br>3-08-cv-01019 |

## NOTICE OF APPEARANCE

COME NOW Shaun Ramey, Meaghan E. Ryan, and the law firm of Sirote & Permutt, P.C. and give notice to this Court that going forward they will be defending the following Defendants in this matter: Lasalle Bank National Association, as Trustee for Certificates Holders of Bear Stearns Asset Backed Securities I LLC, Asset Backed Certificates, Series 2006-EC2; Bear Stearns Asset Backed Securities I LLC, Asset Backed Certificates, Series 2006-EC2; Mortgage Electronic Registration Systems, Inc.; EMC Mortgage Company; and Bank of America, National Association[1] (collectively, the "Defendants").[2] As such, the undersigned

---

[1] Incorrectly named in the Complaint as simply Bank of America.

[2] The undersigned is currently representing all of the Defendants with the exception of Encore Credit Corporation which purportedly originated the loan in question.

counsel respectfully request to receive notice and copies of any all proceedings in the above-styled action.

/s/ SHAUN RAMEY
Shaun Ramey
Meaghan E. Ryan
Attorneys for Defendants

Lasalle Bank National Association, as Trustee for Certificates Holders of Bear Stearns Asset Backed Securities I LLC, Asset Backed Certificates, Series 2006-EC2; Bear Stearns Asset Backed Securities I LLC, Asset Backed Certificates, Series 2006-EC2; Mortgage Electronic Registration Systems, Inc.; EMC Mortgage Company; and Bank of America, National Association

**OF COUNSEL:**
Sirote & Permutt, P.C.
2311 Highland Avenue South
P.O. Box 55727
Birmingham, AL 35255-5727
Tel:  (205) 930-5100
Fax:  (205) 930-5335

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of January 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Nick Wooten, Esq.
>Wooten Law Firm, P.C.
>P. O. Box 290
>10 Second Avenue S.E.
>LaFayette, AL 36862
>
>Sydney S. Smith, Esq.
>Smith & Smith, PC
>1503 Broad Street
>Phenix City, AL 36867
>
>Sandy G. Robinson, Esq.
>Cabaniss, Johnston, Gardner,
>   Dumas & O'Neal, LLP
>P. O. Box 2906
>Mobile, AL 36652

/s/ SHAUN RAMEY
OF COUNSEL