IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
PHYLLIS HORACE,                   )
                                  )
     Plaintiff,                   )
                                  )      CIVIL ACTION NO.
     v.                           )        3:08cv1019-MHT
                                  )
LASALLE BANK NATIONAL             )
ASSOCIATION, as trustee           )
for Certificate Holders           )
 6of Bear Stearns Asset           )
Backed Securities I LLC,          )
Asset Backed Certificates,        )
Series 2006-EC2, et al.,          )
                                  )
     Defendants.                  )
```

ORDER

It is ORDERED that the request for removal of name as counsel (Doc. No. 11) is granted.

DONE, this the 8th day of January, 2008.

                            /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE