IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PHYLLIS HORACE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LASALLE BANK NATIONAL )<br>ASSOCIATION, AS TRUSTEE FOR )<br>CERTIFICATE HOLDERS OF BEAR )<br>STEARNS ASSET BACKED SECURITIES )<br>I LLC, ASSET BACKED CERTIFICATES, )<br>SERIES 2006-EC2; BEAR STEARNS )<br>ASSET BACKED SECURITIES I LLC, )<br>ASSET BACKED CERTIFICATES, SERIES )<br>2006-EC2; MORTGAGE ELECTRONIC )<br>REGISTRATION SYSTEMS, INC.; ENCORE )<br>CREDIT CORPORATION; EMC MORTGAGE)<br>COMPANY; BANK OF AMERICA, et al., )<br>)<br>Defendants. ) | CASE NUMBER:<br>3-08-cv-01019 |

## CONFLICT DISCLOSURE STATEMENT OF LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATE HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET BACKED CERTIFICATES, SERIES 2006-EC2

COMES NOW LaSalle Bank National Association, as Trustee for Certificates Holders of Bear Stearns Asset Backed Securities I LLC, Asset Backed Certificates, Series 2006-EC2 ("LaSalle"), a Defendant in the above-captioned matter, and, in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

On October 17, 2008, LaSalle merged with and into Bank of America, N.A. Bank of America, N.A. is wholly owned by BANA Holding Corporation, which is wholly owned by BAC North America Holding Company, which is owned by NB Holding Corporation, which is wholly owned by Bank of America Corporation, a publicly traded company. No publicly held company has an ownership interest of 10% or more in Bank of America, N.A.

/s/ Meaghan E. Ryan
Shaun Ramey
Meaghan E. Ryan
Attorneys for Defendants

Lasalle Bank National Association, as Trustee for Certificates Holders of Bear Stearns Asset Backed Securities I LLC, Asset Backed Certificates, Series 2006-EC2; Bear Stearns Asset Backed Securities I LLC, Asset Backed Certificates, Series 2006-EC2; Mortgage Electronic Registration Systems, Inc.; EMC Mortgage Company; and Bank of America, National Association

**OF COUNSEL:**
Sirote & Permutt, P.C.
2311 Highland Avenue South
P.O. Box 55727
Birmingham, AL 35255-5727
Tel: (205) 930-5100
Fax: (205) 930-5335

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of January 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Nick Wooten, Esq.
>Wooten Law Firm, P.C.
>P. O. Box 290
>10 Second Avenue S.E.
>LaFayette, AL 36862
>
>Sydney S. Smith, Esq.
>Smith & Smith, PC
>1503 Broad Street
>Phenix City, AL 36867
>
>Sandy G. Robinson, Esq.
>Cabaniss, Johnston, Gardner,
>   Dumas & O'Neal, LLP
>P. O. Box 2906
>Mobile, AL 36652

>/s/ Meaghan E. Ryan
>OF COUNSEL