## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| PHYLLIS HORACE, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CASE NUMBER:** |
| | ) | **3-08-cv-01019** |
| LASALLE BANK NATIONAL | ) | |
| ASSOCIATION, AS TRUSTEE FOR | ) | |
| CERTIFICATE HOLDERS OF BEAR | ) | |
| STEARNS ASSET BACKED SECURITIES | ) | |
| I LLC, ASSET BACKED CERTIFICATES, | ) | |
| SERIES 2006-EC2; BEAR STEARNS | ) | |
| ASSET BACKED SECURITIES I LLC, | ) | |
| ASSET BACKED CERTIFICATES, SERIES | ) | |
| 2006-EC2; MORTGAGE ELECTRONIC | ) | |
| REGISTRATION SYSTEMS, INC.; ENCORE | ) | |
| CREDIT CORPORATION; EMC MORTGAGE | ) | |
| COMPANY; BANK OF AMERICA, et al., | ) | |
| | ) | |
| **Defendants.** | ) | |

## CONFLICT DISCLOSURE STATEMENT OF MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

COMES NOW Mortgage Electronic Registration Systems, Inc. ("MERS"), a Defendant in the above-captioned matter, and, in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

MERS is a wholly-owned subsidiary of MERSCORP., Inc., which does not sell debt securities to the public.

/s/ Meaghan E. Ryan
Shaun Ramey
Meaghan E. Ryan
Attorneys for Defendants

Lasalle Bank National Association, as Trustee for
Certificates Holders of Bear Stearns Asset Backed
Securities I LLC, Asset Backed Certificates, Series
2006-EC2; Bear Stearns Asset Backed Securities I
LLC, Asset Backed Certificates, Series 2006-EC2;
Mortgage Electronic Registration Systems, Inc.;
EMC Mortgage Company; and Bank of America,
National Association

**OF COUNSEL:**
Sirote & Permutt, P.C.
2311 Highland Avenue South
P.O. Box 55727
Birmingham, AL 35255-5727
Tel:  (205) 930-5100
Fax:  (205) 930-5335

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of January 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Nick Wooten, Esq.
Wooten Law Firm, P.C.
P. O. Box 290
10 Second Avenue S.E.
LaFayette, AL 36862

Sydney S. Smith, Esq.
Smith & Smith, PC
1503 Broad Street
Phenix City, AL 36867

Sandy G. Robinson, Esq.
Cabaniss, Johnston, Gardner,
   Dumas & O'Neal, LLP
P. O. Box 2906
Mobile, AL 36652

/s/ Meaghan E. Ryan
OF COUNSEL