IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PHYLLIS HORACE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LASALLE BANK NATIONAL )<br>ASSOCIATION, AS TRUSTEE FOR )<br>CERTIFICATE HOLDERS OF BEAR )<br>STEARNS ASSET BACKED SECURITIES )<br>I LLC, ASSET BACKED CERTIFICATES, )<br>SERIES 2006-EC2; BEAR STEARNS )<br>ASSET BACKED SECURITIES I LLC, )<br>ASSET BACKED CERTIFICATES, SERIES )<br>2006-EC2; MORTGAGE ELECTRONIC )<br>REGISTRATION SYSTEMS, INC.; ENCORE )<br>CREDIT CORPORATION; EMC MORTGAGE)<br>COMPANY; BANK OF AMERICA, et al., )<br>)<br>Defendants. ) | CASE NUMBER:<br>3-08-cv-01019 |

## AMENDED CONFLICT DISCLOSURE STATEMENT OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET BACKED CERTIFICATES, SERIES 2006-EC2

COMES NOW Bear Stearns Asset Backed Securities I LLC, Asset Backed Certificates, Series 2006-EC2 (the "Defendant") and, in accordance with the order of this Court, makes the following supplemental disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

Defendant previously filed its initial corporate disclosure statement on or about January 15, 2009. Please refer to that corporate disclosure statement for other pertinent information regarding this entity. Since the filing of that corporate disclosure statement, the

undersigned counsel has been able to confirm the LLC members of the Defendant. More specifically, the sole equity member of this Defendant is The Bear Stearns Companies, Inc. and the special members are Kim Luthans and Katherine Garniewski.

/s/ Shaun Ramey
Shaun Ramey
Meaghan E. Ryan
Attorneys for Defendants

Lasalle Bank National Association, as Trustee for Certificates Holders of Bear Stearns Asset Backed Securities I LLC, Asset Backed Certificates, Series 2006-EC2; Bear Stearns Asset Backed Securities I LLC, Asset Backed Certificates, Series 2006-EC2; Mortgage Electronic Registration Systems, Inc.; EMC Mortgage Company; and Bank of America, National Association

**OF COUNSEL:**
Sirote & Permutt, P.C.
2311 Highland Avenue South
P.O. Box 55727
Birmingham, AL 35255-5727
Tel:  (205) 930-5100
Fax:  (205) 930-5335

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of January 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Nick Wooten, Esq.
Wooten Law Firm, P.C.
P. O. Box 290
10 Second Avenue S.E.
LaFayette, AL 36862

Sydney S. Smith, Esq.
Smith & Smith, PC
1503 Broad Street
Phenix City, AL 36867

/s/ Shaun Ramey
OF COUNSEL