IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| PHYLLIS HORACE, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|     v. ) | 3:08cv1019-MHT |
| ) | |
| LASALLE BANK NATIONAL ) | |
| ASSOCIATION, as trustee ) | |
| for Certificate Holders ) | |
|  6of Bear Stearns Asset ) | |
| Backed Securities I LLC, ) | |
| Asset Backed Certificates, ) | |
| Series 2006-EC2, et al., ) | |
| ) | |
|     Defendants. ) | |

### ORDER

It is ORDERED that the motion to extend time (Doc. No. 23) is denied.

DONE, this the 27th day of January, 2009.

　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE