IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
PHYLLIS HORACE,                )
                               )
    Plaintiff,                 )
                               )    CIVIL ACTION NO.
    v.                         )    3:08cv1019-MHT
                               )
LASALLE BANK NATIONAL          )
ASSOCIATION, as trustee        )
for Certificate Holders        )
 6of Bear Stearns Asset        )
Backed Securities I LLC,       )
Asset Backed Certificates,     )
Series 2006-EC2, et al.,       )
                               )
    Defendants.                )
```

ORDER

It is ORDERED that the motion to remand (Doc. No. 25) is set for submission, without oral argument, on February 9, 2009, with all briefs due by said date.

DONE, this the 27th day of January, 2009.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE